IN RE LOUIS A. LEVY and CONRAD GLOSKING, trading as LEVY AND GLOSKING.

INTOXICATING LIQUORS—OFFENSES—EMPLOYMENT OF PROHIBITED PERSONS—MINORS—"SALOON"—"BARROOM".

An applicant for wholesale dealer's intoxicating liquor license, authorizing compounding and rectifying and also sale of not less than half gallon quantities of liquor to be drunk off the premises under *Rev. Code* 1915, § 159, is not one engaged in the business of keeping a "saloon" or "barroom" within contemplation of either *Rev. Code* 1915, § 3162, prohibiting employment of minors in any saloon or barroom where intoxicating liquors are sold, or any other law of the state or rule of court.

(<em>March</em> 14, 1916.)

Judges BOYCE and CONRAD sitting.

*Daniel O. Hastings* and *Ayres J. Stockly* for the applicants.

*Caleb E. Burchenal* for the Law and Order Society against the application.

Court of General Sessions, New Castle County, March Term, 1916.

APPLICATION for a wholesale dealer's intoxicating liquor license, No. 27, March Term, 1916.

Application by Levy and Glosking for a renewal of a wholesale dealer's intoxicating liquor license. On motion to strike out the remonstrance filed, on the ground that the allegations therein do not show that the applicants have violated any law of the state, or rule of the court, or disclose such a state of facts as to make it necessary for the applicants to answer the same. Motion prevailed. License was granted.

The material allegations in the remonstrance are:

*First:* That the said Lévy and Glosking employ a minor in and about their liquor store to handle intoxicating liquors in and about said store and premises, contrary to the rules of court.

*Second:* That the applicants transfer intoxicating liquors on their premises from barrels to bottles, so that the liquor is unsealed and opportunity afforded to drink the same on the premises where they employ a minor.

The wholesale dealer's intoxicating liquor license authorizes the holder thereof to compound and rectify as well as to sell intoxicating liquors to be drunk off the premises, in any quantity not less than one-half gallon. *Section 159, Revised Code* of 1915.

The provision in the child labor law that "no person under twenty-one years of age shall be employed, permitted or suffered to work in, about or in connection with any saloon or barroom where intoxicating liquors are sold" (*Section 3162, Revised Code* 1915) is relied upon to sustain the remonstrance.

BOYCE, J.—The court are of the opinion that the applicants for a renewal of a wholesale dealer's intoxicating liquor license are not engaged in the business of keeping a "saloon" or "barroom" within contemplation of any law of this state, or rule of this court; and yet we are constrained to think that it is against the spirit of the child labor law, and a former decision by this court, for a minor to be employed to work in the place of business of the applicants, or in connection with their business of compounding, rectifying and selling intoxicating liquors. And we now caution against the employment of minors for such purpose. A willful disregard of this caution would hereafter be sufficient reason for the refusal of a license.

The motion prevails, and the license will be granted. ·     .